In the Matter of JACQUELINE B., Respondent, v NORMAN E.G., Appellant. (Appeal No. 1.) [828 NYS2d 226]—Appeal from an order of the Family Court, Erie County (Marjorie C. Mix, J.H.O.), entered February 2, 2005 in a proceeding pursuant to Family Court Act article 6. The order awarded sole custody of the child to petitioner and visitation to respondent.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Martoche, Centra, Fahey and Green, JJ.